IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10531
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE ALLEN DAY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:94-CR-33-1-C
--------------------
January 23, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

George Allen Day appeals the revocation of his probation. Day first argues that the district court erred in denying his motion to continue the hearing. This argument is unavailing, as Day does not establish that he suffered serious prejudice as a result of the denial of his motion. United States v. Castro, 15 F.3d 417, 423 (5th Cir. 1994).

Day next argues that the district court erred in revoking his probation, as the evidence did not support some of the allegations against him. This argument is likewise unavailing.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Day does not challenge several of the probation violations with which he was charged. There was sufficient evidence adduced to support the alleged violations involving Day's income from consultation work. Because these violations were sufficiently supported, there is no need to review Day's contentions of error in regards to other violations.[1] <u>United States v. Turner</u>, 741 F.2d 696, 698 (5th Cir. 1984). The judgment of the district court is AFFIRMED.

---

[1] Because we have found sufficient evidence to support these alleged violations, there is no need to examine the sufficiency of the evidence underlying the other unchallenged violations.